UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Capitol Bancorp, Ltd., *et al.*,

    Debtors.
_____/

| | |
|---|---|
| Vikaran Ghei and Michael Zaitzeff, | Civil Action No. 14-12874 |
| | Honorable Sean F. Cox |
|     Appellants, | |
| v. | Bankruptcy Case No. 12-58409 |
| | Honorable Marci B. McIvor |
| Capitol Bancorp, Ltd. And Financial Commerce Corporation, | |
|     Appellees. | |

_____/

## JUDGMENT

This matter having come before the Court on appeal from the Bankruptcy Court for the Eastern District of Michigan, and the Court having issued an Opinion & Order on this date affirming the Bankruptcy Court's June 2, 2014 order disallowing the claims,

IT IS ORDERED, ADJUDGED, AND DECREED that the case is DISMISSED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: December 8, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 8, 2014, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager

1